IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHUKRYA AHMED BARWARY, etc., et al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | CIVIL ACTION 06-0304-WS-M |
| **ALBERTO GONZALES, et al.,** ) ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court on the motion of plaintiff Shukrya Barwary for voluntary dismissal. (Doc. 24). The defendants declined the opportunity to respond. (Doc. 25). Accordingly, and for the reasons set forth therein, the motion for voluntary dismissal is **granted**. This action is **dismissed with prejudice**.[1]  No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 16th day of April, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The claims of the only other plaintiff were previously dismissed with prejudice. (Doc. 13).